Argued and submitted January 20, affirmed February 16, 2005

Ronald JUAREZ,
individually and as personal representative
of the Estate of Felix Juarez;
Dondi Juarez,
individually;
and Altagracia Renteiria,
individually,
*Appellants,*

*v.*

WINDSOR ROCK PRODUCTS, INC.,
an Oregon corporation,
*Respondent.*

03C-15394; A123073

106 P3d 180

Meagan A. Flynn argued the cause for appellants. With her on the briefs was Preston Bunnell & Stone, LLP.

Bruce H. Orr argued the cause for respondent. With him on the brief were James E. Bartels, and Meyer & Wyse LLP.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Ceniceros, Senior Judge.

PER CURIAM

Affirmed. *Kilminster v. Day Management Corp.*, 323 Or 618, 919 P2d 474 (1996).